**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **JULIE MCKEEVER, on behalf of herself and all others similarly situated,** ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) ) | **Case No. 17-cv-05555** <br> **Honorable Amy J. St. Eve** |
| **MAM ENTERPRISES, LLC, d/b/a ALWAYS BEST CARE** ) ) ) | |
| **Defendant.** ) | |

**NOTICE OF DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Julie McKeever, hereby dismisses her claims in the above-captioned action with prejudice. Each party will bear their own fees and costs.

Dated: October 12, 2017

Respectfully submitted,

*/s/Maureen A. Salas*
Douglas M. Werman (#6204740)
Maureen A. Salas (#6289000)
Sarah J. Arendt (#6308501)
Steven P. Schneck (#6198967)
Werman Salas P.C.
77 West Washington St., Ste 1402
dwerman@flsalaw.com
msalas@flsalaw.com
sarendt@flsalaw.com
sschneck@flsalaw.com
COUNSEL FOR PLAINTIFF
JULIE MCKEEVER